UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF BRIAN WARE, by and through its personal representative, LAURA WARE,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

C17-1720 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulation to Amend Complaint, docket no. 8, is GRANTED. Plaintiff shall electronically file the First Amended Complaint within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1