UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF BRIAN WARE, by and through its personal representative, LAURA WARE,

Plaintiff,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign insurer,

Defendant.

2:17-cv-01720-TSZ

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

**BENCH TRIAL DATE** — **March 4, 2019**

| | |
|---|---|
| Length of Trial | 2-3 days |
| Deadline for joining additional parties | March 1, 2018 |
| Deadline for amending pleadings | August 13, 2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | August 13, 2018 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | October 4, 2018 |
| Discovery completed by | November 12, 2018 |

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 1

| | |
|---|---|
| Settlement Conference pursuant to LCR 39.1(c)(2) held no later than | November 28, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | December 13, 2018 |
| The parties shall engage in mediation pursuant to Local Civil Rule 39.1(c) on or before | December 28, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | January 31, 2019 |
| Agreed pretrial order due | February 15, 2019 |
| Trial briefs due | February 15, 2019 |
| Proposed Findings of Fact and Conclusions of Law due | February 19, 2019 |
| Pretrial Conference to be held at 2:00 p.m. on | February 22, 2019 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the Pretrial Order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.

Should this case settle, counsel shall notify Karen Dews at 206-370-8830 as soon as possible.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of February, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 3